IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KERRY L. STEVENSON,

    Plaintiff,

  v.

                                  Case No. 17-cv-490-wmc

KARL M. HOFFMAN,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Karl M. Hoffman dismissing this case.

| /s/ | 8/26/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |